IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOSE MANUEL SILVA ANTONIO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26-CV-00373-BL-CWB |
| | ) | |
| FRANCISCO AYALA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Upon consideration of the Respondents' Motion to Dismiss the Petition (doc. 11), it is hereby **ORDERED** as follows:

1.  The Respondents shall file, on or before **May 26, 2026**, documentation from the Pickens County Detention Center reflecting when the Petitioner arrived at the Pickens County Detention Center; and

2.  The Petitioner shall file, on or before **May 28, 2026**, a response to the Respondents' Motion to Dismiss the Petition (doc. 11).  Specifically, the Petitioner shall address why the petition should not be dismissed as moot due to the Petitioner's consent to voluntarily depart the United States and his waiver of his right to a hearing before the Immigration Court.  (*See* Doc. 11-3 at 2-5).

**DONE** and **ORDERED** on this the 21st day of May, 2026.

**BILL LEWIS**
UNITED STATES DISTRICT JUDGE